

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

### NO. 02-17-00228-CR

SHELBY MARGARET SMITH                                                                                 APPELLANT

V.

THE STATE OF TEXAS                                                                                               STATE

----------

FROM COUNTY CRIMINAL COURT NO. 3 OF TARRANT COUNTY
TRIAL COURT NO. 1421252

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Motion For Voluntary Dismissal." The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we

---

[1]*See* Tex. R. App. P. 47.4.

received this motion, we grant the motion and dismiss the appeal. *See* Tex. R.

App. P. 42.2(a), 43.2(f).

PER CURIAM

PANEL:  SUDDERTH, C.J.; WALKER, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  October 26, 2017